IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
(Western Division)

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, <br><br>  Plaintiff, <br><br> v. <br><br> ORACEUTICAL LLC, et al. <br><br>  Defendants. | Civil Action No.: C-1-03-433 <br><br> Judge Thomas M. Rose |
| BRITESMILE DEVELOPMENT INC., <br><br>  Plaintiff, <br><br> v. <br><br> THE PROCTER & GAMBLE COMPANY, <br><br>  Defendant. | Civil Action No.: C-3-05-172 <br><br> Judge Thomas M. Rose |

## **STIPULATION OF DISMISSAL**

The parties hereto, to-wit The Procter & Gamble Company and Oraceutical LLC, Idex Dental Sciences, Inc., Robert E. Montgomery, BriteSmile, Inc. and BriteSmile Development, Inc. have agreed to a compromise and settlement of these Civil Actions and all claims, defenses and counterclaims that were or could have been brought in these Civil Actions. They stipulate, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, as follows:

1. These Civil Actions are hereby dismissed with prejudice, except that P&G's claims and defenses of invalidity and unenforceability are hereby dismissed without prejudice.

2. Each party shall bear its own costs and attorneys' fees.

STIPULATED AND AGREED TO:

| | |
|---|---|
| /s/ Mark A. Vander Laan | /s/ Ann G. Robinson |
| Mark A. Vander Laan, Ohio Bar 0013297 | Ann G. Robinson (0064234) |
| DINSMORE & SHOHL LLP | James M. Kipling (0005002) |
| 255 East 5th St. | FROST BROWN TODD LLC |
| Suite 1900 | 2200 PNC Center |
| Cincinnati, Ohio 45202 | 201 East 5th Street |
| Telephone: (513) 977-8200 | Cincinnati, Ohio 45202 |
| Facsimile: (513) 977-8141 | Telephone: (513) 651-6800 |
| | Facsimile: (513) 651-6981 |
| OF COUNSEL (admitted *pro hac vice*) | OF COUNSEL (admitted pro hac vice) |
| Kenneth R. Adamo, Ohio Bar 0009303 | Timothy J. Haller |
| Joseph D. Pollack, Ohio Bar 0017859 | Douglas M. Hall |
| David M. Maiorana, Ohio Bar 0071440 | Frederick C. Laney |
| Ryan B. McCrum, Ohio Bar 0071519 | |
| JONES DAY | NIRO, SCAVONE, HALLER & NIRO |
| North Point | 181 West Madison Street |
| 901 Lakeside Avenue | Suite 4600 |
| Cleveland, Ohio 44114-1190 | Chicago, Illinois 60602-4515 |
| Telephone: (216) 586-3939 | Telephone: (312) 236-0733 |
| Facsimile: (216) 579-0212 | Facsimile: (312) 236-3137 |
| *Counsel for The Procter & Gamble Company* | *Counsel for Oraceutical LLC, IDEX Dental Sciences, Inc., Robert Eric Montgomery, BriteSmile, Inc., BriteSmile Development, Inc. Oraceutical Innovative Properties LLC, Oraceutical Acquisition LLC* |